**Order entered September 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00443-CV

**MICHELE SCHOLS, Appellant**

**V.**

**MICHELL ANNE KIMBALL AND KIMBALL-HICKS PARTNERSHIP, Appellees**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-11-1220**

## ORDER

We **GRANT** appellant's September 8, 2015 unopposed first motion for extension of time to file reply brief and **ORDER** the brief be filed no later than September 22, 2015.


/s/     CRAIG STODDART
JUSTICE